Walker, Ernest P894929
Name and Prisoner/Booking Number
**Fourth Avenue Jail**
Place of Confinement
201 S. 4th Avenue
Mailing Address
**Phoenix, AZ  85003**
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
FILED ____ LODGED
RECEIVED ____ COPY

SEP 2 8 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ernest Walker P894929                  )
(Full Name of Plaintiff)          Plaintiff,  )
)
vs.                            )   CASE NO. CV-12-02066-PHX-JAT (BSB)
)              (To be supplied by the Clerk)
(1) City Of Phoenix and Maricopa County, )
(Full Name of Defendant)          )
(2) State of Arizona               )
)
(3) D. Hooker 6849 and Jane Doe Hooker, )   **CIVIL RIGHTS COMPLAINT**
&#                            )   **BY A PRISONER**
(4) D. Jones 7307 and Jane Doe Jones    )
&#                            )   ■ Original Complaint
Defendant(s).    )   ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  )   ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ■ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: City of Phoenix Police Dept
And Superior Court.

Revised 3/9/07                              1                              **550/555**

## B. DEFENDANTS

1.  Name of first Defendant: *City of Phoenix / Maricopa County*. The first Defendant is employed as:
    *in State of Arizona* at _____ .
    (Position and Title)                                      (Institution)

2.  Name of second Defendant: *State of Arizona*. The second Defendant is employed as:
    *a State of United States* at _____ .
    (Position and Title)                                      (Institution)

3.  Name of third Defendant: *Dustin Hooter / Jane Doe Hooter*. The third Defendant is employed as:
    *City of Phoenix Police Dept* at *Phoenix Police Bg# 6849*.
    (Position and Title)                                      (Institution)

4.  Name of fourth Defendant: *Daniel Jones / Jane Doe Jones*. The fourth Defendant is employed as:
    *City of Phoenix Police Dept* at *Phoenix Police #Bg# 2387*.
    (Position and Title)                                      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☐ No

2.  If yes, how many lawsuits have you filed? _____ : Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: *Unknown* v. *Unknown*
        2.  Court and case number: _____ .
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____ .

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____ .

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____ .
        3.  Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
            _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: *United State Constitution 5th and Sixth and fourteenth Amendments Article 2-4-24 of AZ Constitution*

2.  **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities           ☐ Mail              ☐ Access to the court       ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property          ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: *Wrongfull Imprisionment and Prosecution.*

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                             ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Count I?          ☐ Yes  ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: _____
    _____.

2.  **Count II.** Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
    - ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
    - ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    _____
    _____
    _____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
    b.  Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E.  REQUEST FOR RELIEF

State the relief you are seeking:

_10.000.000  Phoenix AZ, Maricopa County_
_10.000.000  Phoenix Police Dept._
_10.000.000  Daniel Jones  Phoenix Police Dept._
_10.000.000  Dyston Hooker  Phoenix Police Dept._
_10.000.000  Mental Anguish and Stress,_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _T. E. Walker_                                _9-20-2012_
            DATE                                SIGNATURE OF PLAINTIFF

_Thomas Morgan_
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)
_Paralegal_

(Signature of attorney, if any)

(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date _____09/24/12_____,

I mailed the original and one copy (1) to the Clerk of the United States District Court, District of Arizona.

<u>I further certify that copies of the original have been forwarded to:</u>

_____   Hon _____United States District Court, District of Arizona.

_____   Hon_____United States District Court, District of Arizona.

_____   Attorney General, State of Arizona.

_____   Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____   County Attorney_____, Maricopa County, State of Arizona,

_____   Public Defender _____, Maricopa County, State of Arizona.

_____   Attorney _____

_____   _____


_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                    05/15/2012

Maricopa County Sheriff's Office
Inmate Legal Services
201 S. 4th Avenue
Phoenix, AZ 85003

P894929

RECEIVED

SEP 2 8 2012

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Clerk, U.S. District Court
District of Arizona
Suite130-SPC 1, U.S. Courthouse
401 W. Washington Street
Phoenix, AZ 85003